ACCEPTED
05-15-01044-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/13/2015 5:34:25 PM
LISA MATZ
CLERK

**No. 05-15-01041-CV**

**No. 05-15-01042-CV**

**No. 05-15-01043-CV**

**No. 05-15-01044-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

11/13/2015 5:34:25 PM

LISA MATZ
Clerk

# IN THE
# FIFTH COURT OF APPEALS
# DALLAS, TEXAS

---

**IN THE INTEREST OF M.W. AND Z.W., CHILDREN**
**IN THE INTEREST OF J.Q.W., A CHILD**
**IN THE INTEREST OF J.W., A CHILD**
**IN THE INTEREST OF M.B., A CHILD**

---

**On Appeal from the 302ND District Court**
**Of Dallas County, Texas**
**Cause No. DF-10-13224-U**
**Cause No. DF-13-18933-U**
**Cause No. DF-14-10757-U**
**Cause No. DF-13-18931-U**

---

# APPELLANT'S MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF and MOTION TO ACCEPT FILED BRIEF

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW APPELLANT, Crystal Bowens, who through her attorney of

record, Stephanie L. Pond, requests additional time to file Appellant's Brief and requests the Court to accept Appellant's brief that has been tendered to the Court.

In support thereof would show:

1. Said Appellant's brief was due to be filed by November 12, 2015.

2. Since the second extension was granted, attorney for Appellant has had to prepare for and appear at four CPS hearings, three trial settings, two home visits to visit children, and one child support hearing.

3. Appellant's attorney did not have time to adequately prepare the brief in this case.

4. Appellant's brief was filed today, November 13, 2015, making it one day late.

5. Attorney for Appellant, Stephanie L. Pond, and Appellant request the Court to grant an extension of time to file said brief and request the Court to accept the brief that was tendered to the Court on November 13, 2015.

## **PRAYER**

WHEREFORE, Appellant, Crystal Bowens, requests an extension of time to file brief and requests the Court to accept the brief that has been tendered

to the Court.

Respectfully submitted,

Stephanie L. Pond
701 Commerce
Suite 200
Dallas, TX   75202
Tel: 214-752-0229
Facsimile: 214-752-5257
Email:   stephaniepond@yahoo.com

*/s/ Stephanie L. Pond*
  By:    Stephanie L. Pond
  SBN: 24079817
**ATTORNEY FOR CRYSTAL BOWENS, APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was served on Counsel for the Appellees and the Guardian ad Litem in accordance with 9.5 of the Texas Rules of Appellant Procedure in the manner indicated below on November 13, 2015.

VIA EMAIL:   Sandre.Moncriffe@dallascounty.org
Assistant District Attorney
SANDRE MONCRIFFE

VIA EMAIL:   gworrell@theworrelllawfirm.com
Guardian ad Litem/Attorney ad Litem for the children
GLYNE WORRELL

VIA EMAIL: Charles.Vaughn@dallascounty.org
Attorney for Appellant
CHARLES VAUGHN

*/s/ Stephanie L. Pond*
  By:    Stephanie L. Pond